LAW OFFICES OF BRIAN E. HAWES
Brian E. Hawes (SBN: 104519)
1625 The Alameda, Suite 200
San Jose, California 95126
Telephone: (408) 271-1917
Facsimile: (408) 271-3865

Attorneys for Plaintiff
DIANE L. MALLOY

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
Cassandra H. Carroll (SBN: 209123)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and TRAMMELL CROW AND ASSOCIATED
COMPANIES WELFARE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/29/05*

| | |
|---|---|
| DIANE L. MALLOY, | CASE NO. CV 04-05419 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING REGARDING STANDARD OF REVIEW |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; TRAMMELL CROW AND ASSOCIATED COMPANIES WELFARE BENEFITS PLAN, | |
| Defendants. | |

On June 10, 2005, the Court entered a Case Management Statement Order, which ordered the parties to submit briefs to the Court to determine: (1) the applicable standard of review that applies to Defendants' decision regarding Plaintiff's entitlement to long-term disability benefits;

Stip. and [Proposed] Order to Continue Briefing Schedule and Hearing Re: Standard of Review;
Case No. CV 04-05419 RMW

1  and (2) whether discovery outside the administrative record is permissible. The Court assigned
2  the following briefing schedule and hearing date:
3      Plaintiff's Opening Brief:    June 24, 2005
4      Defendants' Opposition:    July 8, 2005
5      Plaintiff's Reply:    July 15, 2005
6      Hearing:    August 5, 2005 at 9:00 a.m. in Courtroom 6
7      A copy of the Court's June 10, 2005 Case Management Order is attached hereto as
8  Exhibit A.
9      Subsequently, the parties agreed and hereby stipulate to mediate this dispute in private
10 mediation in August 2005. In view of the parties agreement to mediate in August 2005, the
11 parties respectfully request this Court to continue both the briefing schedule and hearing
12 regarding the applicable standard of review for sixty (60) days.
13     Good cause exists for the parties' request for a continuance of both the briefing schedule
14 and hearing regarding the standard of review because the August 2005 mediation will enable the
15 parties to seek to informally resolve this litigation before they incur further litigation expenses,
16 including the amounts associated with motion practice respecting the standard of review. No
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

| | |
|---|---|
| 1 | trial date for this matter has been set, so this requested continuance would not adversely affect |
| 2 | the schedule for this case. |

Dated: June 22, 2005                    LAW OFFICES OF BRIAN E. HAWES

                                        By: _____
                                            Brian E. Hawes

                                        Attorney for Plaintiff
                                        DIANE MALLOY

Dated: June 22, 2005                    SEYFARTH SHAW LLP


                                        By: _____
                                            Carolyn A. Knox
                                            Cassandra H. Carroll

                                        Attorneys for Defendants
                                        LIFE INSURANCE COMPANY OF
                                        NORTH AMERICA and TRAMMELL
                                        CROW AND ASSOCIATED COMPANIES
                                        WELFARE BENEFITS PLAN

IS SO ORDERED:

Dated: 6/29/05                          /S/ RONALD M. WHYTE
                                        Ronald M. Whyte
                                        United States District Judge

SF1 28213002.1 / 25399-000105   The briefing schedule and hearing date is reset:     (jg)

Plaintiff's Opening Brief:              August 26, 2005

Defendants' Opposition:                 September 9, 2005

Plaintiff's Reply:                      September 16, 2005

Hearing:                                October 14, 2005 @ 9:00 am

3

Stip. and [Proposed] Order to Continue Briefing Schedule and Hearing Re: Standard of Review;
Case No. CV 04-05419 RMW

**EXHIBIT A**

| | |
|---|---|
| 1 | LAW OFFICES OF BRIAN E. HAWES |
|   | Brian E. Hawes |
| 2 | 1625 The Alameda, Suite 200 |
|   | San Jose, California 95126 |
| 3 | Telephone: (408) 271-1917 |
|   | Facsimile: (408) 271-3865 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | DIANE L. MALLOY |
| 6 | SEYFARTH SHAW LLP |
|   | Carolyn A. Knox (SBN: 181317) |
| 7 | Cassandra H. Carroll (SBN: 209123) |
|   | 560 Mission Street, Suite 3100 |
| 8 | San Francisco, California 94105 |
|   | Telephone: (415) 397-2823 |
| 9 | Facsimile: (415) 397-8549 |
| 10 | Attorneys for Defendants |
|    | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| 11 | and TRAMMELL CROW AND ASSOCIATED |
|    | COMPANIES WELFARE BENEFITS PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/16/05*

| | | |
|---|---|---|
| DIANE L. MALLOY, | ) | CASE NO. CV 04-05419 RMW |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] CASE MANAGEMENT |
| | ) | STATEMENT ORDER |
| vs. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA; TRAMMELL CROW | ) | |
| AND ASSOCIATED COMPANIES | ) | |
| WELFARE BENEFITS PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

Counsel for the parties in the above-entitled action appeared on May 20, 2005 for a Case Management Conference, pursuant to Civil LR 16 and FRCP 16.

As a result of the case management conference, it was determined that:

[~~Proposed~~] Case Management Conference Order; Case No. CV 04-05419 RMW

STANDARD OF REVIEW/DISCOVERY

The parties shall submit briefs to the Court to determine:(1) the standard of review that applies to Defendants' decision regarding Plaintiff's entitlement to long-term disability benefits; and (2) whether discovery outside of the administrative record is permissible. The parties' briefs shall be filed in accordance with the following briefing schedule:

| | |
|---|---|
| Plaintiff's Opening Brief: | June 24, 2005 |
| Defendants' Opposition: | July 8, 2005 |
| Plaintiff's Reply: | July 15, 2005 |
| Hearing: | August 5, 2005 at ~~10:30~~ 9:00 a.m. in Courtroom 6 (jg) |

SUBSEQUENT CASE MANAGEMENT CONFERENCE

Pursuant to Civil LR 16-10(c) and FRCP 16, the Court will conduct a Subsequent Case Management Conference for the above-entitled action on August 5, 2005 at 10:30 a.m. in Courtroom 6.

IT IS SO ORDERED:

Dated: 6/10/05

/S/ RONALD M. WHYTE
Ronald M. Whyte
United States District Judge

SF1 28210849.1 / 25399-000105

2

[~~PROPOSED~~] Case Management Statement Order; Case No. CV 04-05419 RMW