LAW OFFICES OF BRIAN E. HAWES
Brian E. Hawes (SBN: 104519)
1625 The Alameda, Suite 200
San Jose, California 95126
Telephone: (408) 271-1917
Facsimile: (408) 271-3865

Attorneys for Plaintiff
DIANE L. MALLOY

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
Cassandra H. Carroll (SBN: 209123)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and TRAMMELL CROW AND ASSOCIATED
COMPANIES WELFARE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 8/4/05*

| | |
|---|---|
| DIANE L. MALLOY, | CASE NO. CV 04-05419 RMW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; TRAMMELL CROW AND ASSOCIATED COMPANIES WELFARE BENEFITS PLAN, | |
| Defendants. | |

On June 10, 2005, the Court entered a Case Management Statement Order, which ordered the parties to appear before the Court on August 5, 2005 for: (1) a hearing to determine the applicable standard of review that applies to Defendants' decision regarding Plaintiff's entitlement to long-term disability benefits; and (2) a further case management conference.

Stip. and [Proposed] Order to Continue Further Case Management Conference;

1  On June 22, 2005, the parties filed a Stipulation and Proposed Order to Continue Briefing Schedule and Hearing Regarding Standard of Review for sixty (60) days to enable the parties to engage in mediation. On June 29, 2005, the Court entered the Stipulation and Order to Continue Briefing Schedule Regarding Standard of Review. This Order continued the Standard of Review Hearing to October 14, 2005.

The parties agreed and hereby stipulate to also continue the further case management conference until October 14, 2005. In accordance with Civil L.R. 16-10(d), the parties will submit a further joint case management conference statement on or before October 4, 2005, ten days prior to the further case management conference.

The parties have agreed to mediate this dispute on August 23, 2005. Good cause exists for the parties' request to continue the further case management conference because this mediation will enable the parties to seek to informally resolve this litigation before they incur

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1  further litigation expenses. No trial date for this matter has been set, so this requested
2  continuance would not adversely affect the schedule for this case.

3
4  Dated: July 26, 2005                    LAW OFFICES OF BRIAN E. HAWES
5                                          By: /s/ Brian E. Hawes
6                                          Brian E. Hawes
7                                          Attorney for Plaintiff
                                            DIANE MALLOY
8  Dated: June 26, 2005                    SEYFARTH SHAW LLP
9
10                                         By: /s/ Cassandra H. Carroll
11                                         Carolyn A. Knox
                                            Cassandra H. Carroll
12
                                            Attorneys for Defendants
13                                          LIFE INSURANCE COMPANY OF
                                            NORTH AMERICA and TRAMMELL
14                                          CROW AND ASSOCIATED COMPANIES
                                            WELFARE BENEFITS PLAN
15
16  IT IS SO ORDERED:

17  Dated: 8/4/05                           /S/ RONALD M. WHYTE
18                                          Ronald M. Whyte
                                            United States District Judge
19
20  SF1 28215569.1 / 25399-000105
21
22
23
24
25
26
27
28

3

Stip. and [Proposed] Order to Continue Further Case Management Conference;