```
 1  LAW OFFICES OF BRIAN E. HAWES
    Brian E. Hawes (SBN: 104519)
 2  1625 The Alameda, Suite 200
    San Jose, California 95126
 3  Telephone: (408) 271-1917
    Facsimile: (408) 271-3865
 4
    Attorneys for Plaintiff
 5  DIANE L. MALLOY

 6  SEYFARTH SHAW LLP
    Carolyn A. Knox (SBN: 181317)
 7  Cassandra H. Carroll (SBN: 209123)
    560 Mission Street, Suite 3100
 8  San Francisco, California 94105
    Telephone: (415) 397-2823
 9  Facsimile: (415) 397-8549

10  Attorneys for Defendants
    LIFE INSURANCE COMPANY OF NORTH AMERICA
11  and TRAMMELL CROW AND ASSOCIATED
    COMPANIES WELFARE BENEFITS PLAN
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 10/5/05*

| | |
|---|---|
| DIANE L. MALLOY,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; TRAMMELL CROW AND ASSOCIATED COMPANIES WELFARE BENEFITS PLAN,<br><br>    Defendants. | CASE NO. CV 04-05419 RMW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. RULE 41(a), AND ~~[PROPOSED]~~ ORDER** |

Stip. of Dismissal with Prejudice; Case No. CV 04-05419 RMW

1  Plaintiff DIANE L. MALLOY ("Plaintiff") and Defendants LIFE INSURANCE
2  COMPANY OF NORTH AMERICA ("LINA") and TRAMMELL CROW AND ASSOCIATED
3  COMPANIES WELFARE BENEFITS PLAN (the "Plan") have reached a resolution of this
4  matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to
5  Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.
6
7  The parties seek the Court's approval of dismissal of this action with prejudice through
8  the order listed *infra*.

10  Dated: August 31, 2005                     LAW OFFICES OF BRIAN E. HAWES

                                               By: /s/ Brian E. Hawes
                                                   Brian E. Hawes

                                               Attorney for Plaintiff
                                               DIANE MALLOY

15  Dated: August 31, 2005                     SEYFARTH SHAW LLP

                                               By: /s/ Carolyn A. Knox
                                                   Carolyn A. Knox
                                                   Cassandra H. Carroll

                                               Attorneys for Defendants
                                               LIFE INSURANCE COMPANY OF
                                               NORTH AMERICA and TRAMMELL
                                               CROW AND ASSOCIATED COMPANIES
                                               WELFARE BENEFITS PLAN

22  IT IS SO ORDERED:

24  Dated: 9/27/05                              /S/ RONALD M. WHYTE
                                               Ronald M. Whyte
                                               United States District Judge

SF1 28218591.1 / 25399-000105

2
Stip. of Dismissal with Prejudice; Case No. CV 04-05419 RMW